1  Manpreet S. Gahra (Cal Bar # 194617)
   Ajai Mathew, Esq. (Cal Bar # 235505)
2  P.O. Box 12094, Berkeley, CA 94712
   Tel: (510) 841-4582
3  Fax: (510) 217-6847

4  and

5  Pardeep S. Grewal (Cal. State Bar # 195462)
   LAW OFFICE OF PARDEEP S. GREWAL
6  20980 Redwood Road, Suite 240
   Castro Valley, CA 94546
7  Tel:   (510) 444-1999
   Fax:   (510) 889-1998
8  Email: pardeepgrewal@sbcglobal.net

9  Attorneys for Plaintiffs

E-filing

10

11             UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA

12  SANJAY SINGH,                          )
    ELIZABETH FRANTZ                       ) No.
13                                         )
                                           ) C 07 4708
         Plaintiffs,                       )
14                                         )                          WHA
                                           )
15  V                                      )
    MICHAEL CHERTOFF, SECRETARY OF         )
16  THE DEPARTMENT OF HOMELAND             ) COMPLAINT   FOR   WRIT   OF
    SECURITY;  EMILIO  T.  GONZALES,       ) MANDAMUS  AND  DECLARATORY
17  DIRECTOR,  U.S.  CITIZENSHIP  AND      ) AND INJUCTIVE RELIEF
    IMMIGRATION          SERVICES.;        )
18  ROSEMARY    MELVILLE,    DISTRICT      ) USCIS Agency Number
    DIRECTOR, U.S.C.I.S. SAN FRANCISCO     ) A098-405-259 (Sanjay Singh)
19  DISTRICT      OFFICE;      ALBERTO     )
    GONZALES,  ATTORNEY  GENERAL;          )
20  ROBERT   MUELLER,   DIRECTOR   OF      )
    THE    FEDERAL    BUREAU    OF         )
21  INVESTIGATION.                         )
                                           )
22  Defendants                            )
                                           )
23

24          COMPLAINT FOR A WRIT OF MANDAMUS AND DECLARATORY AND
                           INJUNCTIVE RELIEF
25

By and through their undersigned attorney, Plaintiffs, Sanjay SINGH ("Mr. Singh") AND Ms. Elizabeth FRANTZ ("Ms. Frantz") as and for their complaint, allege as follows:

## PRELIMINARY STATEMENT

1.      Mr. Singh is a native and citizen of India.  Mr. Singh is married to Ms. Frantz, who is a citizen of the United States.  Mr. Singh who has filed an application for Adjustment of Status in August 2004 with the United States Citizenship and Immigration Service (USCIS). The application was initially received by USCIS San Jose office and was later moved to USCIS San Francisco office as Mr. Singh began living within the jurisdiction of San Francisco USCIS office as of December 2004.

2.      Since August 2004, or nearly three years, Mr. Singh's I-485 applications has been pending. Mr. Singh has made numerous inquiries and he has been informed that his case is pending due to FBI name check which has not yet been processed. As a result, Mr. Singh and his wife lived with constant uncertainty and have suffered mental and financial harm. This action seeks to compel the adjudication of the I-485 application filed by Mr. Singh.

## JURISDICTION

3.      Jurisdiction over the subject matter of this civil action is conferred on this Court by 28 U.S.C. § 1331, as a civil action arising under the Constitution, laws, or treaties of the United States; by 28 U.S.C. § 1361, as a civil action in the nature of mandamus to compel an officer or employee of the United States to perform a duty owed to Plaintiffs; and by 5 U.S.C. §§ 555(b) and 702 et. seq., as a challenge to agency action under the Administrative Procedure Act ("APA"); and by 28 U.S.C. § 2201 and 2202, as a civil action seeking, in addition to other remedies, a declaratory judgment.

**VENUE**

4.    Venue is properly in this district pursuant to 28 U.S.C. § 1391(e)(2) and (e)(3), because a substantial part of the events giving rise to this claim occurred in this district, Mr. Singh resides in this district, and no real property is involved in this action.

**STANDING**

5.    The APA affords a right of review to a person who is "adversely affected or aggrieved by agency action." 5 U.S.C. § 702. Defendants' illegal action has immeasurably caused undue emotional and financial hardship on the Plaintiffs. Mr. Singh has been unable to find gainful or better employment opportunity as a pilot as he is unable to travel internationally until his I-485 is approved. He has invested thousands of dollars in legal fees and immigration petition fees for employment authorization which he would not have invested had his I-485 been approved within a reasonable time. Further, Plaintiff's have been unable to plan a family, and Mrs. Singh has placed her plans to attend school on hold because she may have to move to India if Mr. Singh's I-485 is not approved. Plaintiffs thus fall within the APA's standing provisions. See, *Legal Assistance for Vietnamese Asylum Seekers v. Dep't of State, Bureau of Consular Affairs*, 45 F.3d 469, 47 1-72 (D.C. Cir. 1995), reh'g denied, 74 F.3d 1308 (DC. Cir.), vacated on other grounds, 117 S. Ct. 378 (1996); see also, *Abourezk v. Reagan*, 785 F.2d 1043, 1050-5 1 (D.C. dir. 1986).

**PLAINTIFFS**

6.    Plaintiff Mrs. Frantz is a petitioner for an Alien Relative Petitioner and Plaintiff Mr. Singh is an applicant for Adjustment of Status to Lawful Permanent Residence of the United States. At the time of the application, the I-485 was clearly approvable. Both plaintiffs are

persons of good moral character, in that neither of them has any criminal record, and both are upstanding members of the communities in which they live.

7.    Sanjay Singh is a native and citizen of India who currently resides at 404 D Whitehall Road Apt. D, Alameda, CA 94501. Mr. Singh filed an I-485 application in August, 2004. In March, 2005 Mr. Singh was notified that his application was pending and that a required background check was still pending. Although nearly three years have passed since the I-485 was filed, the USCIS has failed to adjudicate the application.

8.    Elizabeth Frantz, a native and citizen of the Unites States, is Mr. Singh's spouse. She currently resides at 404 D Whitehall Road Apt. D, Alameda, CA 94501. She has been unable to continue her education or make any plans for her family because of USCIS's inexplicable failure to adjudicate the 1-485 petition filed in her husband's case. Until she learns whether or not her husband will be able to remain in the United States, Mrs. Frantz has essentially placed her life on hold.

## DEFENDANTS

9.    The United States Citizenship and Immigration Services ("USCIS") is the federal agency within the Department of Homeland Security ("DHS") that is responsible for the administration and enforcement of the Immigration and Nationality Act ("INA") and all other laws relating to the immigration and naturalization of non-citizens.

10.    Michael Chertoff, Secretary of the Department of Homeland Security (DHS), oversees USCIS and is charged by law with the obligation of adjudicating applications for permanent residence.

11.    Emilio T. Gonzalez is the Director of the USCIS and, as such, has been delegated the authority to direct the administration of the USCIS, and to enforce the INA and all other laws

relating to the immigration and naturalization of non-citizens. Defendant Gonzalez is sued herein in his official capacity.

12. Rosemary Melville is the District Director of the USCIS San Francisco District Office and is sued in her official capacity. In her capacity as District Director, Ms. Melville is "responsible for the administration and enforcement of the [Immigration and Nationality] Act and all other laws relating to immigration and naturalization within [hen assigned geographic area." 8 C.F.R. section 100.2(d)(2)(iii).

13. Alberto Gonzales is Attorney General of the United States and is the head of the Department of Justice, which includes the F.B.I.. Defendant Gonzales is sued in his official capacity.

14. Robert Mueller, Director of the Federal Bureau of Investigation (FBI), is responsible for investigating aliens applying for immigration benefits. He is sued in his official capacity.

## FACTUAL ALLEGATIONS

15. Upon meeting all eligibility requirements for their application for Adjustment of Status, Plaintiffs filed a timely application for Adjustment of Status with the USCIS. Plaintiff Sanjay Singh has remained eligible for adjustment of status since the 1-485 petition was filed in August 2004. Mrs. Frantz is a native and citizen of the United States. The application for Adjustment of Status is based on Mr. Singh's bona fide marriage to Mrs. Franz. Mr. Singh's entry into the United States is legal and he is not otherwise inadmissible or ineligible.

16. USCIS regulations outline a nondiscretionary, mandatory duty to process adjustment of status applications. With respect to a marriage-based application such as the Adjustment of Status application at question, 8 C.F.R. Section 245.2(a)(5) provides that "[t]he

applicant shall be notified of the decision of the director and, if the application is denied, the reasons for the denial. If the application is approved, the applicant's permanent residence shall be recorded as of the date of the order approving the adjustment of status." 8 C.F.R. Section *245.2(a)(5).* This duty is mandatory and nondiscretionary.

17.    This lawsuit arises out of Defendants' illegal delay of nearly three (3) years in the adjudication of Mr. Singh's I-485 application.

18.    Mr. Singh married his wife, Mrs. Frantz, on June 25, 2004. In August 2004, Mr. Singh filed an Application for Adjustment of Status. Mr. Singh was first fingerprinted in October of 2004. On March 31, 2005, Mr. Singh and Mrs. Frantz appeared together for an interview at the USCIS Office in San Jose, California.

19.    On or about October 17, 2005 Mr. Singh attended another interview at the USCIS San Francisco Office. Mr. Singh had previously moved to a new home within the jurisdiction of the USCIS San Francisco Office and thus his case was transferred from San Jose, California to San Francisco, California.

20.    Since filing the application for Adjustment of Status, Petitioners have made approximately ten personal inquiries into their I-485 application with USCIS and have made approximately twenty phone calls. USCIS has continuously responded that the case is still pending due to a pending background check. Mr. Singh has also been fingerprinted two times.

21.    After making numerous personal inquiries and telephone calls, Mr. Singh contacted Congresswoman Barbara Boxer's office. On his behalf Congresswoman Boxer's assistant, Lucia C. Marias, submitted an inquiry to the Federal Bureau of Investigation ("F.B.I.") to request information about the untimely processing of Mr. Singh's background investigation. The F.B.I. responded on January 23, 2007 to Barbara Boxer's office, stating that the background

check request was received by the FBI on November 3, 2004 and is still pending. Lucia C. Marias forwarded this response to Mr. Singh in a letter dated January 23, 2007.

22.    Over the course of the next few months, Mr. Singh continued to contact USCIS to inquire into the status of his application. On June 11, 2007, USCIS issued a written response to Mr. Singh's inquiry response, informing Mr. Singh that his application for adjustment of status has not been processed due to the fact that the agency is still waiting for a security check on his case from the FBI. Again on August 8, 2007, Mr. Singh again contacted USCIS to inquire into the status of his application, including Defendant Rosemary Melville, District Director for the USCIS San Francisco Office, as well as Carol Keller, Acting Section Chief for the Adjustment of Status Unit at the San Francisco District Office, and Kelli Duehning, Attorney for the USCIS San Francisco District Office. *See* Ex. 1. In response, he again received a letter stating that the security check in his case is still pending and that his application for adjustment of status cannot be adjudicated until the security check is completed. *See* Ex. 2.

23.    In total, Mr. Singh has visited the San Francisco District Office ten to fifteen times to request information regarding his I-485 petitions. Each time, he was instructed to continue waiting for a response from the USCIS and that the FBI background check was still pending.

24.    Mr. Singh, a licensed pilot who flies planes for Federal Express, is in no way a threat to the government of the United States. **In fact, since he applied for Adjustment of Status, Mr. Singh has passed two background checks required by the Transportation Security Agency and the Department of Homeland Security in order to fly commercial planes.** *Ex.* **3. These checks were performed by the F.B.I.**

25.    Mr. Singh has taken exhaustive steps in an attempt to compel Defendants to

adjudicate the 1-485 application. Although nearly three years have elapsed since Mr. Singh filed this application, the USCIS has still not adjudicated the 1-485. As a result, Mr. Singh has suffered undue emotional and financial hardship.

26.     Defendants' willful delay in adjudicating Mr. Singh's 1-485 application clearly contravenes the USCIS's duty to process those applications within a reasonable period of time. As a result of this delay, Mr. Singh and his wife have endured severe emotional and financial hardship.

27.     This civil action seeks a writ of mandamus ordering Defendants to immediately adjudicate the 1-485 application and the required background investigations.

28.     Plaintiffs have exhausted any administrative remedies that may exist. No other remedy exists for Plaintiffs to resolve Defendants' refusal to comply with their regulatory obligations within a reasonable period of time.

29.     Defendants' illegal action has immeasurably caused undue emotional and financial hardship on the Plaintiffs. Mr. Singh has been unable to find more lucrative and opportune employment opportunities as a pilot as he is unable to travel internationally until his I-485 is approved. He has invested thousands of dollars in legal fees and immigration petition fees for employment authorization which he would not have invested had his 1-485 been approved within a reasonable time. Further, Plaintiffs have been unable to plan a family, and Mrs. Frantz has placed her plans to attend school on hold because she may not be able to finish an academic program if her husband does not become an LPR.

30.     Plaintiffs have suffered, and will continue to suffer, irreparable injury for which they have no adequate remedy at law. If the relief prayed for is not granted, Plaintiffs will suffer extreme individual hardship.

## FIRST CAUSE OF ACTION
### (Mandamus)

31.    Plaintiffs repeat, allege, and incorporate paragraphs 1 through 29 above as though fully set forth herein.

32.    Defendants have the nondiscretionary duty to adjudicate the 1-485 application filed by Plaintiffs and the relevant background check. By failing to do so, Defendants are, quite simply, failing to comply with their statutory and regulatory duties. Plaintiffs are entitled, therefore, to relief in the nature of mandamus pursuant to 28 U.S.C. § 1361 to compel Defendants to adjudicate the 1-485 application and relevant background checks.

## SECOND CAUSE OF ACTION
### (Violation of the Administrative Procedure Act)

33.    Plaintiffs repeat, allege, and incorporate paragraphs I through 29 above as though fully set forth herein.

34.    Plaintiffs are persons aggrieved by agency action under the Administrative Procedure Act, 5 U.S.C. § 701 et seq. By failing to adjudicate the 1-485 application, Defendants have acted arbitrarily and capriciously and have "unlawfully withheld or unreasonably delayed" agency action in violation of 5 U.S.C. § 706.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that this Court:

(1)    Accept jurisdiction over this action;

(2)    Declare Defendants' failure to adjudicate the 1-485 application filed by Mr. Singh and the relevant background check to be a violation of 8 C.F.R. § 1208.21, the Administrative Procedure Act, and 28 U.S.C. § 1361;

(3)    Order the F.B.I. to immediately process the relevant background check and order the USCIS to immediately adjudicate Mr. Singh's I-485 application;

(4)    Grant attorney's fees and costs of court under 28 U.S.C. § 2412, 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and other authority; and

(5)    Grant such other and further relief as this Court deems just and proper under the circumstances.


DATED: September 10, 2007                    Respectfully Submitted

Manpreet S. Gahra, Esq.            Pardeep S. Grewal, Esq.
Attorney for Plaintiffs            Attorney for Plaintiffs

# EXHIBIT - 1

COPY OF LETTERS WRITTEN TO

    (i)      ROSEMARY MELVILLE, DISTRICT
              DIRECTOR USCIS SAN FRANCISCO

    (ii)     CAROL KELLER ACTING SECTION CHIEF
              FOR THE ADJUSTMENT OF STATUS UNIT

    (iii)    KELLI DUEHNING, ATTORNEY FOR THE
              USCIS

COPY OF EXPRESS MAIL TICKETS AND TRACKING
INFORMATION ALSO ATTACHED WITH THIS
EXHIBIT

# LAW OFFICE OF PARDEEP S. GREWAL
## 20980 REDWOOD ROAD, SUITE 240
### CASTRO VALLEY, CA 94546

August 8, 2007

Rosemary Melville
District Director
USCIS
630 Sansome Street, AOS Unit
San Francisco, CA 94111

Re: Sanjay Singh  (A98-405-259)      Request to expedite adjudication of I-485

Dear USCIS:

This is a request that you please adjudicate the I-485 application filed by Mr. Sanjay Singh. Mr. Singh filed an application for Adjustment of Status in August 2004. The application was initially received by the San Jose USCIS office, but was later transferred to the San Francisco office as Mr. Singh later moved to residences within the jurisdiction of the San Francisco office.

Mr. Singh's application has been pending since August 2004, or for nearly three years. Mr. Singh has made numerous inquiries and he has been informed that his case is pending due to an FBI name check which has not yet been processed. As a result, Mr. Singh and his wife have lived with constant uncertainty and have suffered mental and financial harm.

Mr. Singh has taken exhaustive steps in an attempt to compel USCIS to adjudicate the I-485 application. Although nearly three years have elapsed since he filed this application, USCIS has still not adjudicated the I-485.

As a result, Mr. Singh has suffered undue emotional and financial hardship. Despite exhaustive measures, Mr. Singh is left with no option but to file a Writ of Mandamus to compel the adjudication of his I-485 application if his application is not adjudicated on or before August 25, 2007. Please respond to this request on or before August 25, 2007.

Respectfully Submitted,

Pardeep S. Grewal, Esq.
Attorney for Mr. Sanjay Singh

CC Kelli Duehning, Esq. / Carol Keller

EB 0097119LL US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| DELIVERY (POSTAL USE ONLY) | | | |
|---|---|---|---|
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 94546 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 16.15 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 5 8 07 | Month 5 Day 9 | $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee   Insurance Fee |
| Time Accepted | ☐ Noon ☐ 3 PM | $    $ |
| 4:49 ☐ AM ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 16.15 |
| 1 lbs. oz. | Int'l Alpha Country Code | Acceptance Emp. Initials |
| | | 2M |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( 510 ) 444-1999

Law Office Of Pardeep S. Grewal
20980 Redwood Rd, Suite 240
Castro Valley, CA 94546

TO: (PLEASE PRINT) PHONE (

ROSEMARY MELVILLE
District Director
USCIS
630 SANSOME St. Ron Un
SANFRANCISCO, CA

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 9 | 4 | 1 | 1 | 1 | + | | | | |

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.


**UNITED STATES**
**POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EB00 9711 966U S
Detailed Results:

- Delivered, August 09, 2007, 12:00 pm, SAN FRANCISCO, CA 94111
- Arrival at Unit, August 09, 2007, 8:00 am, SAN FRANCISCO, CA 94105
- Enroute, August 09, 2007, 1:32 am, SAN FRANCISCO, CA 94188
- Enroute, August 09, 2007, 12:07 am, SAN FRANCISCO, CA 94128
- Enroute, August 08, 2007, 6:34 pm, OAKLAND, CA 94615
- Acceptance, August 08, 2007, 4:19 pm, CASTRO VALLEY, CA 94546

( < Back )                                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

**POSTAL INSPECTORS**     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**LAW OFFICE OF PARDEEP S. GREWAL**
**20980 REDWOOD ROAD, SUITE 240**
**CASTRO VALLEY, CA 94546**

August 8, 2007

Carol Keller
Acting Section Chief - AOS
USCIS
630 Sansome Street, AOS Unit
San Francisco, CA 94111

Re: Sanjay Singh   (A98-405-259)      Request to expedite adjudication of I-485

Dear USCIS:

This is a request that you please adjudicate the I-485 application filed by Mr. Sanjay Singh. Mr. Singh filed an application for Adjustment of Status in August 2004. The application was initially received by the San Jose USCIS office, but was later transferred to the San Francisco office as Mr. Singh later moved to residences within the jurisdiction of the San Francisco office.

Mr. Singh's application has been pending since August 2004, or for nearly three years. Mr. Singh has made numerous inquiries and he has been informed that his case is pending due to an FBI name check which has not yet been processed. As a result, Mr. Singh and his wife have lived with constant uncertainty and have suffered mental and financial harm.

Mr. Singh has taken exhaustive steps in an attempt to compel USCIS to adjudicate the I-485 application. Although nearly three years have elapsed since he filed this application, USCIS has still not adjudicated the I-485.

As a result, Mr. Singh has suffered undue emotional and financial hardship. Despite exhaustive measures, Mr. Singh is left with no option but to file a Writ of Mandamus to compel the adjudication of his I-485 application if his application is not adjudicated on or before August 25, 2007. Please respond to this request on or before August 25, 2007.

Respectfully Submitted,

Pardeep S. Grewal, Esq.
Attorney for Mr. Sanjay Singh

CC Rosemary Melville / Kelli Duehning, Esq.

1

EB 009713970 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.    Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.    Day | | | |

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code

Day of Delivery — ☐ Next ☐ 2nd ☐ 2nd Del. Day

Postage $ 12.18

Date Accepted
Mo. 5 Day 8 Year 7

Scheduled Date of Delivery
Month 5 Day 9

Return Receipt Fee $

Time Accepted
4:19 ☐ AM ☐ PM

Scheduled Time of Delivery
☐ Noon ☐ 3 PM

COD Fee $    Insurance Fee $

Flat Rate ☐ or Weight
lbs.    ozs.

Military
☐ 2nd Day ☐ 3rd Day

Total Postage & Fees $ 16.21

Int'l Alpha Country Code

Acceptance Emp. Initials OMC

CUSTOMER USE ONLY
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( 510 ) 444 - 1999

LAW OFFICE OF PARDEEP S.
                    GREWAL
20980 REDWOOD Rd.
CASTRO VALLEY, CA 94546

TO: (PLEASE PRINT) PHONE ( )

CAROL KELLER, Acting Section
                Chief-AU
USCIS
630 SANSOME ST., AUS UNT.
SAN FRANCISCO, CA

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

| 9 | 4 | 1 | 1 | 1 | + | | | | |



**UNITED STATES POSTAL SERVICE.**

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: EB00 9711 970U S

Detailed Results:

- Delivered, August 09, 2007, 12:00 pm, SAN FRANCISCO, CA 94111
- Arrival at Unit, August 09, 2007, 8:00 am, SAN FRANCISCO, CA 94105
- Enroute, August 09, 2007, 1:32 am, SAN FRANCISCO, CA 94188
- Enroute, August 09, 2007, 12:07 am, SAN FRANCISCO, CA 94128
- Enroute, August 08, 2007, 6:34 pm, OAKLAND, CA 94615
- Acceptance, August 08, 2007, 4:18 pm, CASTRO VALLEY, CA 94546

( < Back )                    ( Return to USPS.com Home > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

 **POSTAL INSPECTORS**      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Track & Confirm

Enter Label/Receipt Number.

**LAW OFFICE OF PARDEEP S. GREWAL**
**20980 REDWOOD ROAD, SUITE 240**
**CASTRO VALLEY, CA 94546**

August 8, 2007

Kelli Duehning, Esq.
USCIS
630 Sansome Street, AOS Unit
San Francisco, CA 94111

Re: Sanjay Singh  (A98-405-259)     Request to expedite adjudication of I-485

Dear USCIS:

This is a request that you please adjudicate the I-485 application filed by Mr. Sanjay Singh. Mr. Singh filed an application for Adjustment of Status in August 2004. The application was initially received by the San Jose USCIS office, but was later transferred to the San Francisco office as Mr. Singh later moved to residences within the jurisdiction of the San Francisco office.

Mr. Singh's application has been pending since August 2004, or for nearly three years. Mr. Singh has made numerous inquiries and he has been informed that his case is pending due to an FBI name check which has not yet been processed. As a result, Mr. Singh and his wife have lived with constant uncertainty and have suffered mental and financial harm.

Mr. Singh has taken exhaustive steps in an attempt to compel USCIS to adjudicate the I-485 application. Although nearly three years have elapsed since he filed this application, USCIS has still not adjudicated the I-485.

As a result, Mr. Singh has suffered undue emotional and financial hardship. Despite exhaustive measures, Mr. Singh is left with no option but to file a Writ of Mandamus to compel the adjudication of his I-485 application if his application is not adjudicated on or before August 25, 2007. Please respond to this request on or before August 25, 2007.

Respectfully Submitted,

Pardeep S. Grewal, Esq.
Attorney for Mr. Sanjay Singh

CC Rosemary Melville / Carol Keller

1

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE

Customer Copy
Label 11-B, March 2004

**Post Office To Addressee**

PO ZIP Code: 94546

Date Accepted: 6 5 07

Time Accepted: 4:17 PM

Postage: $16.75

Total Postage & Fees: $16.75

FROM: PHONE 510 444-1999
Law Office of Pardeep S. Grewal
20980 Redwood Rd, #240
Castro Valley, CA 94546

TO:
KELLI DUEHNING Esq.
USCIS
630 SANSOME St, AOS Unit
SAN FRANCISCO, CA
94111


**UNITED STATES POSTAL SERVICE.**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EB00 9711 949U S
Detailed Results:

- Delivered, August 09, 2007, 12:00 pm, SAN FRANCISCO, CA 94111
- Arrival at Unit, August 09, 2007, 8:00 am, SAN FRANCISCO, CA 94105
- Enroute, August 09, 2007, 1:32 am, SAN FRANCISCO, CA 94188
- Enroute, August 09, 2007, 12:07 am, SAN FRANCISCO, CA 94128
- Enroute, August 08, 2007, 6:30 pm, OAKLAND, CA 94615
- Acceptance, August 08, 2007, 4:17 pm, CASTRO VALLEY, CA 94546

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )


POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

# EXHIBIT - 2

## RESPONSE FROM THE USCIS

## DATED August 10, 2007



**Department of Homeland Security**
**Bureau of Citizenship & Immigration Services**
**San Francisco District Office**
**630 Sansome Street Room 200**
**San Francisco, CA 94111**

# *USCIS INQUIRY RESPONSE*

DATE: 8/10/2007

TO: Pardeep S. Grewal , Esq.

File Number: A98 405 259 (Sinjay Singh)

COMMENTS: Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

U.S. Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship**
**and Immigration**
**Services**

PARDEEP S. GREWAL, ESQ
20980 Redwood Road, Suite 240
Castro Valley, CA 95456

94546+5530

# EXHIBIT - 3

## TWO SECURITY CLEARANCES COMPLETED BY THE

## TRASPORT SECURITY ADMINISTRATION

 

# Transportation Security Administration
# TFSSP Criminal History Records Check
# Employee Personnel File Certification

## Employee Name:

## Singh, Sanjay

SSN: 592715364

## Results of CHRC:

## PASSED

## Case Number:

## ASCFP02161162

## Date of CHRC Submission:

## 1/8/2007

**Results were viewed and Certified by:**

Richard Mills

**Printed Name**

**Signature**

**Security Contact for Empire Airlines, Inc.**

6/19/07
**Date**

# AFSP Training Request #120553: Final Approval Confirmation      Print all

Inbox

☆ "afsp.help@dhs.gov" to me                                show details Apr 5 ↩ Reply

Based on information available at this time, the Transportation Security Administration grants Final Approval for the following flight training request:

Student: Sanjay  Singh
User ID: singhs392
Provider: Empire Airlines
Training Request ID#: 120553
Training Request Course Name: ATR 42 Initial training
Training Request Course Description: First Officer
Training Request Aircraft Type: ATR 42-300
Training Request Category: 1
Training Request Date: 04-11-2007 to 05-22-2007

The Flight Training Provider has been granted authority to initiate training. Training must begin within 180 days of this email being sent by TSA. If TSA subsequently receives information indicating that the candidate poses a threat to aviation or national security, TSA will require the Flight Training Provider to cease training in accordance with 49 USC 44939 and 49 CFR Part 1552.

Visa Status Advisement: Taking flight training without an appropriate visa could be a violation of your immigration status and may result in your arrest and removal from the United States.  In addition, AFSP will cancel your flight training request.  If you have questions about a cancelled request you may call AFSP at (571) 227-4544.

NOTE: Lawful Permanent Residents (LPRs) of the United States do not require a visa.

If you require help with the AFSP process, please visit the Candidate Frequently Asked Questions page at www.flightschoolcandidates.gov/afsp_faq.htm.

If you need further assistance, please contact AFSP.help@dhs.gov or call (571) 227-4544.

Sincerely,
AFSP


This is an automated response.  If you have received this email in error, please forward it to AFSP.help@dhs.gov.

↩ Reply   → Forward   Invite afsp.help@dhs.gov to Gmail