IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANJAY SINGH,

    Plaintiff,

  v.

MICHAEL CHERTOFF,

    Defendant.

                                          /

No. C 07-04708 WHA

**CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference for **December 20, 2007 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, the parties shall submit a joint case management conference statement.

    Parties requesting a continuance shall submit a stipulation and proposed order, if parties are unable to reach a stipulation, the requesting party shall submit an ex parte application and proposed order.

Dated: September 14, 2007                  FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By: _____
                                                  Dawn K. Toland
                                                  Courtroom Deputy to the
                                                  Honorable William Alsup