1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SANJAY SINGH,                          )
   ELIZABETH FRANTZ,                      )  No. C 07-4708 WHA
13                                        )
              Plaintiffs,                 )
14                                        )  **PARTIES' JOINT REQUEST TO BE**
         v.                               )  **EXEMPT FROM FORMAL ADR**
15                                        )  **PROCESS**
   MICHAEL CHERTOFF, Secretary of the     )
16 Department of Homeland Security;       )
   EMILIO T. GONZALES, Director, U.S.     )
17 Citizenship and Immigration Services;  )
   ROSEMARY MELVILLE, District Director,  )
18 U.S.C.I.S. San Francisco District Office; )
   ALBERTO GONZALES, Attorney General;    )
19 ROBERT MUELLER, Director of the        )
   Federal Bureau of Investigations;      )
20                                        )
              Defendants.                 )
21 _____)

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate

   Parties' ADR Exemption Request
   C 07-4708 WHA                           1

plaintiff Singh's application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: December 12, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants


Dated: December 12, 2007                    _____/s/_____
                                            MANPREET GAHRA
                                            Attorney for Plaintiffs

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**


Dated:                                      _____
                                            WILLIAM ALSUP
                                            United States District Judge

Parties' ADR Exemption Request
C 07-4708 WHA                               2