SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANJAY SINGH, ELIZABETH FRANTZ, Plaintiffs, v. MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director, U.S.C.I.S. San Francisco District Office; ALBERTO GONZALES, Attorney General; ROBERT MUELLER, Director of the Federal Bureau of Investigations; Defendants. | No. C 07-4708 WHA **JOINT CASE MANAGEMENT STATEMENT** |

**1. Jurisdiction and Service**

The basis asserted by plaintiffs for this Court's jurisdiction is 28 U.S.C. §§ 1331, 28 U.S.C. § 1361, 5 U.S.C. § 555(b), 5 U.S.C. § 702, 28 U.S.C. § 2201, and 28 U.S.C. § 2202. The parties do not believe that any issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

Plaintiff Sanjay Singh (Singh) is a native and citizen of India who filed a Form I-485

JOINT CASE MANAGEMENT STATEMENT
C 07-4708 WHA                                     1

application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on September 1, 2004.[1]  The USCIS has not yet adjudicated Singh's Form I-485 application.  The plaintiffs filed an action on September 13, 2007, seeking an order from this Court directing USCIS to adjudicate Singh's Form I-485 application.

**3. Legal Issues**

Whether this Court should dismiss the plaintiffs' action for lack of subject matter jurisdiction.

If this Court has jurisdiction, whether the USCIS is processing Singh's I-485 application within a reasonable period of time.

**4. Motions**

The parties intend to file cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties do not intend to take any discovery at this time.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

---

[1] Plaintiff Elizabeth Frantz is a United States citizen and is the wife of plaintiff Sanjay Singh.  Ms. Frantz filed the I-130 petition for alien relative with USCIS, which underlies Singh's I-485 application.

JOINT CASE MANAGEMENT STATEMENT
C 07-4708 WHA                                                        2

1     The plaintiff asks this Court to direct USCIS to adjudicate her Form I-485 application.

2     **12. Settlement and ADR**

3     The parties have filed a joint request for an exemption from the Court's ADR program.

4     **13. Consent to Magistrate Judge for All Purposes**

5     The parties will consent to the assignment of this case to a magistrate judge.

6     **14. Other References**:

7     The parties do not believe that this case is suitable for reference to binding arbitration, a
8     special master, or the Judicial Panel on Multidistrict Litigation.

9     **15. Narrowing of Issues**

10    The parties do not believe that the issues can be narrowed by agreement or by motion, and do
11    not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or
12    stipulated facts), and any request to bifurcate issues, claims or defenses.

13    **16. Expedited Schedule**

14    The parties believe this case can be resolved on cross-motions for summary judgment.

15    **17. Scheduling**

16    The parties propose the following schedule on cross-motions for summary judgment:

17    Cross-Motions for Summary Judgment due:     January 25, 2008

18    Cross-Oppositions due:                     February 8, 2008

19    Hearing:                                   February 21, 2008, at 8:00 a.m.

20    **18. Trial**

21    The parties do not anticipate the need for a trial in this case.

22    **19. Disclosure of Non-Party Interested Entities or Persons**:

23    The plaintiffs intend to file the "Certification of Interested Entities or Persons" required by
24    Civil Local Rule 3-16.

25    **20. Such other matters as may facilitate the just, speedy and inexpensive disposition of**
26    **this matter**

27    None.

28

JOINT CASE MANAGEMENT STATEMENT
C 07-4708 WHA                                   3

Dated: December 13, 2007 	Respectfully submitted,

	SCOTT N. SCHOOLS
	United States Attorney


	/s/
	EDWARD A. OLSEN
	Assistant United States Attorney
	Attorneys for Defendants


Dated: December 13, 2007	/s/
	AJAI MATHEW
	Attorney for Plaintiffs


**ORDER**

The Case Management Statement and Proposed Order are hereby adopted as the Case Management Order for the case and the parties are hereby ordered to comply with this order.


Dated: December ___, 2007	_____
	WILLIAM ALSUP
	United States District Judge

JOINT CASE MANAGEMENT STATEMENT
C 07-4708 WHA                                                    4