**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-04708 WHA

Title: SANJAY SINGH v.  MICHAEL CHERTOFF

Plaintiff Attorneys: N/A

Defense Attorneys: Ed Olsen

Deputy Clerk:  Dawn Toland              Court Reporter: Joan Columbini

**PROCEEDINGS**

1)     CMC - HELD

2)

Continued to __ for Motion

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff did not appear.   Court adopts the parties joint case management statement.  Defendant shall contact the plaintiff to advise him the hearing went forward and tell him the Court was disappointed that counsel did not appear.