IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANGAY SINGH and ELIZABETH FRANTZ

    Plaintiffs,

  v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services, ROSEMARY MELVILLE, District Director, U.S.C.I.S. San Francisco District Office, ALBERTO GONZALES, Attorney General, and ROBERT MUELLER, Director of the Federal Bureau of Investigations,

    Defendants.

No. C 07-04708 WHA

**CASE MANAGEMENT ORDER**

After a case management conference, the Court enters the following order concerning the parties' cross-motions for summary judgment:

| | |
|---|---|
| Cross-motions for summary judgment due: | January 24, 2008 |
| Cross-oppositions due: | February 7, 2008 |
| Hearing: | February 21, 2008, at 8:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE