1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  SANJAY SINGH,                          )
    ELIZABETH FRANTZ,                      )  No. C 07-4708 WHA
13                                         )
                Plaintiffs,                )
14                                         )  **STIPULATION TO DISMISS; AND**
            v.                             )  **[PROPOSED] ORDER**
15                                         )
    MICHAEL CHERTOFF, Secretary of the     )
16  Department of Homeland Security;       )
    EMILIO T. GONZALES, Director, U.S.     )
17  Citizenship and Immigration Services;  )
    ROSEMARY MELVILLE, District Director,  )
18  U.S.C.I.S. San Francisco District Office; )
    ALBERTO GONZALES, Attorney General;    )
19  ROBERT MUELLER, Director of the        )
    Federal Bureau of Investigations;      )
20                                         )
                Defendants.                )
21  _____)

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24  in light of the adjudication of Plaintiff Singh's adjustment of status application (Form I-485).

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C 07-4708 WHA                              1

1 | Dated: January 2, 2008
2 | SCOTT N. SCHOOLS
United States Attorney

        /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 28, 2007

        /s/
MANPREET S. GAHRA
AJAI MATHEW
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
WILLIAM ALSUP
United States District Judge

Stipulation to Dismiss
C 07-4708 WHA                    2