1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6      Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  SANJAY SINGH,                        )
ELIZABETH FRANTZ,                        )  No. C 07-4708 WHA
13                                       )
            Plaintiffs,                  )
14                                       )  **STIPULATION TO DISMISS; AND**
        v.                               )  ~~[PROPOSED]~~ **ORDER**
15                                       )
MICHAEL CHERTOFF, Secretary of the       )
16  Department of Homeland Security;     )
EMILIO T. GONZALES, Director, U.S.       )
17  Citizenship and Immigration Services;)
ROSEMARY MELVILLE, District Director,    )
18  U.S.C.I.S. San Francisco District Office;)
ALBERTO GONZALES, Attorney General;      )
19  ROBERT MUELLER, Director of the      )
Federal Bureau of Investigations;        )
20                                       )
            Defendants.                  )
21  _____  )

22      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

24  in light of the adjudication of Plaintiff Singh's adjustment of status application (Form I-485).

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C 07-4708 WHA                                    1

1    Dated: January 2, 2008                          Respectfully submitted,

2                                                     SCOTT N. SCHOOLS
                                                      United States Attorney
3

4                                                     _____/s/_____
                                                      EDWARD A. OLSEN
5                                                     Assistant United States Attorney
                                                      Attorneys for Defendants
6

7
      Dated: December 28, 2007                        _____/s/_____
8                                                     MANPREET S. GAHRA
                                                      AJAI MATHEW
9                                                     Attorneys for Plaintiffs

10

11                          **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14

15    Dated: January 2, 2008                          _____
                                                      WILLIAM ALSUP
16                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-4708 WHA                              2